AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Maria L. Alaniz | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 5:15-cv-587-RP |
| | ) | |
| Law Offices of Joseph Onwuteaka, P.C.& | ) | |
| Samara Portfolio Management, LLC | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Law Offices of Joseph Onwuteaka, P.C.
8323 S.W. Freeway, Ste 650
Houston, TX 77074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William M. Clanton
Law Office of Bill Clanton, P.C.
926 Chulie
San Antonio, TX 78216
210 226 0800
210 338 8660 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Jeannette J. Clack

Date: SEP 17 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:15-cv-587-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SEE ATTACHED**
**NOTARIZED AFFIDAVIT**

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of TEXAS | County of Western District of Texas | United States District Court Court |

Case Number: 5:15-CV-587-RP

Plaintiff:
**Maria L. Alaniz**

vs.

Defendant:
**Law Offices of Joseph Onwuteaka, P.C. & Samara Portfolio Management, LLC**

Received these papers on the 17th day of September, 2015 at 4:21 pm to be served on **Law Offices Of Joseph Onwuteaka, P.C, 8323 S.W. Freeway, Suite 650, Houston, TX 77074.**

I, D. EUGENE SPENCER SCH2663 EXP 04/30/16, being duly sworn, depose and say that on the **18th day of September, 2015** at **4:45 pm, I:**

Personally delivered to the within named corporation by delivering a true copy of the **Summons in a Civil Action/ Complaint** with the date and hour of service endorsed thereon by me to Joseph Onwuteaka as Law offices of Joseph Onwuteaka, P.C. of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 23rd day of September, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**D. EUGENE SPENCER SCH2663 EXP 04/30/16**
Process Server

Our Job Serial Number: BBW-2015005794


C. M. SPENCER
My Commission Expires
September 4, 2018

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

C. M. SPENCER
My Commission Expires
September 4, 2018

# AFFIDAVIT OF SERVICE

**State of TEXAS**     **County of Western District of Texas**     **United States District Court Court**

Case Number: 5:15-CV-587-RP

Plaintiff:
**Maria L. Alaniz**

vs.

Defendant:
**Law Offices of Joseph Onwuteaka, P.C. & Samara Portfolio Management, LLC**

Received these papers on the 17th day of September, 2015 at 4:17 pm to be served on **Samara Portfolio Management, Llc By Serving Joseph Onwuteaka, 8323 S.W. Freeway, Suite 650, Houston, TX 77074**

I, D. EUGENE SPENCER SCH2663 EXP 04/30/16, being duly sworn, depose and say that on the **18th day of September, 2015** at **4:45 pm**, I:

Personally delivered to the within named corporation by delivering a true copy of the **Summons In a Civil Action/Complaint** with the date and hour of service endorsed thereon by me to JOSEPH ONWUTEAKA as AUTHORIZED TO ACCEPT FOR SAMARA PORTFOLIO MANAGEMENT, LLC of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 23rd day of September, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**D. EUGENE SPENCER SCH2663 EXP 04/30/16**
Process Server

Our Job Serial Number: BBW-2015005793



C. M. SPENCER
My Commission Expires
September 4, 2018

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m