IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA L. ALANIZ, | § § § | |
| Plaintiff | § § | |
| v. | § § | 5:15-CV-00587-RP |
| LAW OFFICE OF JOSEPH ONWUTEAKA, P.C., and SAMARA PORTFOLIO MANAGEMENT, LLC, | § § § § | |
| Defendants. | § § | |

### ORDER

On July 16, 2015, Plaintiff filed this Action naming as defendants the Law Office of Joseph Onwuteaka, P.C. ("Law Office") and Samara Portfolio Management, LLC ("Portfolio Management"). The returns of service indicate Defendants Law Office and Portfolio Management were served on September 18, 2015. (Dkt. 3). To date, neither Defendant has Answered the complaint despite a deadline to do so by October 9, 2015.

Under the Local Rules, if a defendant is in default the court may require the plaintiff to move for entry of a default and a default judgment. If the plaintiff fails to do so within the prescribed time, the court may dismiss the action, without prejudice, as to that defendant. Local Court Rules Rule CV-55.

Accordingly, Plaintiff is hereby ORDERED to move for entry of default and a default judgment against Defendants **on or before November 18, 2015**.

**SIGNED** on November 4, 2015.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE

1