UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RECEIVED
NOV 12 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**Maria L. Alaniz**
    Plaintiff,

V.

SA-15-CV-587-RP

**Law Offices of Joseph Onwuteaka, P.C.
And Samara Portfolio Management, LLC**
    Defendants.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for plaintiff that defendant(s) has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant(s) is hereby entered:

        **Law Offices of Joseph Onwuteaka, P.C.
        and Samara Portfolio Management, LLC**

        JEANNETTE J. CLACK, CLERK
        UNITED STATES DISTRICT COURT

        By:_____
        Wayne Garcia, Deputy Clerk

DATED: November 12, 2015