IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA L. ALANIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 5:15-CV-00587-RP |
| LAW OFFICE OF JOSEPH | § | |
| ONWUTEAKA, P.C. AND SAMARA | § | |
| PORTFOLIO MANAGEMENT, LLC | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On December 4, 2015, the Court entered an order granting Plaintiff's Motion for Default Judgment. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** Defendants shall pay Plaintiff: (1) $1,000 in additional damages pursuant to 15 U.S.C § 1692k(a)(2)(A); plus (2) $1,770 in reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); plus (3) costs in an amount to be determined pursuant to the procedure specified in W.D. Tex. Local Court Rule CV – 54. **IT IS FURTHER ORDERED** that Defendants shall pay post-judgment interest, to be calculated and compounded pursuant to 28 U.S.C. § 1961, until paid in full.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

Signed December 7, 2015.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE

1